UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-81120-CIV-HURLEY

ADT LLC,
    plaintiff,

vs.

SECURITY NETWORKS, LLC and
VISION SECURITY, LLC,
    defendants.
_____/

### ORDER OF FINAL DISMISSAL AND CLOSE-OUT

**THIS CAUSE** is before the Court following entry of an Agreed Permanent Injunction upon stipulation of the parties. There being nothing further for the court to resolve at this juncture, it is **ORDERED AND ADJUDGED**:

1. The parties' joint motion to dismiss this case with prejudice based on settlement filed September 9, 2013 [ECF No. 104] is **GRANTED** and his case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

2. The preliminary injunction previously entered in this cause [ECF No. 38] is **DISSOLVED.**

3. The court shall retain jurisdiction to enforce the terms of the parties' settlement agreement and the court's permanent injunction.

4. The parties' request to expunge ECF No. 97 [defendant's motion to compel expedited discovery] and ECF No. 100 [plaintiff's response in opposition to motion to compel] is **DENIED**.

5. The Clerk of Court is directed to enter this case as **CLOSED** and terminate all pending motions as **MOOT.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 11th day of September, 2013.

_____
Daniel T. K. Hurley
United States District Judge

copies to: all counsel